JUDGE JOHNSTON
MAGISTRATE JUDGE SCHNEIDER

FILED
4/8/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| UNITED STATES OF AMERICA | No. **25CR50010** |
|---|---|
| v. | Violation: Title 8, United States Code, Section 1326(a) |
| SANTOS MARDOQUEO VASQUEZ-ORTIZ A.K.A. "Mardoqueo Vasquez-Ortiz" | |

The SPECIAL MARCH 2024 GRAND JURY charges:

On or about January 9, 2021, in McHenry County, in the Northern District of Illinois, Western Division,

SANTOS MARDOQUEO VASQUEZ-ORTIZ,
also known as "Mardoqueo Vasquez-Ortiz,"

defendant herein, an alien who previously had been deported and removed from the United States on or about March 29, 2008, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY